UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHADI AL LAHHAM, LAITH ABUHEJLEH, NAZMI KASTIRO and AHMAD KIWAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERRA MEDICAL TRANSPORTATION COMPANY, INC., SERRA YELLOW CAB OF DALY CITY, INC., TALIB SALAMIN and DOES 1-25,<br><br>Defendants. | Case No. CV 12-0355 JW<br><br>**CLASS ACTION**<br><br>**~~PROPOSED~~ ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**The Hon. James Ware**<br><br>Trial Date:      None |

IT IS HEREBY ORDERED that Defendants SERRA MEDICAL TRANSPORTATION COMPANY, INC., SERRA YELLOW CAB OF DALY CITY, INC. and TALIB SALAMIN shall have an extension of time up to and including March 2, 2012 in which to respond to Plaintiffs' Complaint in this action.

**IT IS SO ORDERED.**

Dated:   February 28, 2012                              _/s/ James Ware_
                                                                             Hon. James Ware
                                                                             Judge, United States District Court

4830-9284-9678.1