

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHADI AL LAHHAM, LAITH ABUHEJLEH, NAZMI KASTIRO and AHMAD KIWAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SERRA MEDICAL TRANSPORTATION COMPANY, INC., SERRA YELLOW CAB OF DALY CITY, INC., TALIB SALAMIN and DOES 1-25,<br><br>Defendants. | Case No. 3:12-cv-00355-JW<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** **ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**The Hon. James Ware** |

IT IS HEREBY ORDERED that Plaintiffs may file their First Amended Complaint ~~within seven days of the entry of this Order~~. as a separate docket entry on or before March 30, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 27, 2012

_____
The Hon. James Ware
Chief Judge, Northern District of California