**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

1. Michael S. Sorgen (SBN 43107)
   msorgen@sorgen.net
2. Ryan L. Hicks (SBN 260284)
   rhicks@sorgen.net
3. LAW OFFICES OF MICHAEL S. SORGEN
   Richard A. Hoyer (SBN 151931)
4. rhoyer@hoyerlaw.com
   HOYER & ASSOCIATES
5. 240 Stockton Street, 9th Floor
   San Francisco, CA 94108
6. T: (415) 956-1360
   F: (415) 276-1738

Attorneys for Plaintiffs

Leila Narvid, Bar No. 229402
ln@paynefears.com
Emily J. Schultz, Bar No. 202815
ejs@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendants
SERRA MEDICAL TRANSPORTATION COMPANY, INC., SERRA YELLOW CAB OF DALY CITY, INC., and TALIB SALAMIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADI AL LAHHAM, LAITH ABUHEJLEH, NAZMI KASTIRO, AHMAD KIWAN and MOHAMED ALGAHIM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SERRA MEDICAL TRANSPORTATION COMPANY, INC., SERRA YELLOW CAB OF DALY CITY, INC., TALIB SALAMIN and DOES 1-25,<br><br>Defendants. | Case No. 3:12-cv-00355-JW<br><br>**CLASS ACTION**<br><br>**STIPULATION REQUESTING EXTENSION OF MEDIATION DEADLINE AND [PROPOSED] ORDER THEREON**<br><br>**[N.D. Cal. ADR Local Rule 6-5]**<br><br>**The Hon. James Ware** |

TO THE CLERK OF COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

**STIPULATION REQUESTING EXTENSION OF MEDIATION DEADLINE**

Pursuant to ADR Local Rule 6-5, all parties hereby stipulate to request extension of the mediation deadline from September 10, 2012 to January 31, 2013.

**CONSIDERATIONS SUPPORTING THE REQUEST**

The mediation is currently scheduled for September 6, 2011. The parties are currently engaged in formal discovery and also the informal exchange of information for the purposes of mediation. Further information must be exchanged and the parties must be deposed in order for the mediation to be meaningful. Furthermore, as plaintiffs bring putative class claims, Fair Labor Standards Act claims, and collective claims under the California Private Attorneys General Act, plaintiffs must conduct sufficient discovery and investigation such that the Court can approve a settlement in the event that the mediation is successful. As such, the parties hereby request that the mediation deadline be extended until January 31, 2013, so that they may reschedule the mediation without any further continuances. All parties and the mediator concur in the request to extend the deadline.

IT IS SO STIPULATED.

DATED: August 10, 2012

By_____
Michael S. Sorgen
Ryan L. Hicks
LAW OFFICES OF MICHAEL S. SORGEN

Richard A. Hoyer
HOYER & ASSOCIATES

Attorneys for Plaintiffs

STIPLATION REQUESTING EXTENSION OF MEDIATION DEADLINE

DATED: August 10, 2012

By /s/ Leila Narvid
   Leila Narvid
   PAYNE & FEARS LLP

Attorneys for Defendants

## [PROPOSED] ORDER

Per the parties' stipulation, and good cause having been shown, the mediation deadline is hereby extended to ~~January 31, 2011~~. November 19, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 16, 2012

By: *[signature: James Ware]*
United States District Judge
Honorable James Ware

STIPLATION REQUESTING EXTENSION OF MEDIATION DEADLINE

Page 3