IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHADI AL LAHHAM, et al.,

    Plaintiffs,

v.

SERRA MEDICAL TRANSPORTATION, et al.,

    Defendants.

No. C 12-00355 CRB

**ORDER RE: STIPULATED PROTECTIVE ORDER**

Now pending before the Court is the parties' stipulation for protective order.  The parties' stipulation is DENIED without prejudice to their resubmitting a proposed stipulation that references and complies with Civil Local Rule 79-5, and provides for the sealing of court transcripts only upon order of the Court.

**IT IS SO ORDERED.**

Dated: October 15, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\355\order re protective order.wpd