**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   SHADI AL LAHHAM, et al.,                    No. CV 12-00355 CRB
12              Plaintiffs,                       **ORDER GRANTING PLAINTIFFS'
                                                  MOTION FOR CONDITIONAL
13        v.                                      CERTIFICATION OF FLSA
                                                  COLLECTIVE ACTION AND
14   SERRA MEDICAL TRANSPORTATION,                AUTHORIZING NOTICE TO
     et al.,                                      POTENTIAL COLLECTIVE CLASS
15                                                MEMBERS**
              Defendants.
16   _____/
17
18        Plaintiffs' Motion for Conditional Certification of FLSA Collective Action and
19   Authorizing Notice to Potential Collective Class Members pursuant to § 216(b) of the Fair
20   Labor Standards Act (dkt. 40) is GRANTED.
21        It is hereby ORDERED that:
22        1.    Plaintiffs' proposed FLSA collective class is approved. The conditionally
23   certified collective action class is comprised of:
24        All persons who transported passengers in a vehicle not equipped with a taximeter for
          Serra Medical Transportation Company., Inc. Serra Yellow Cab of Daly City, Inc.,
25        and/or Talib Salamin at any time from January 23, 2009 to the present and who were
          classified by those entities as an independent contractor.
26
27        2.    Plaintiffs' proposed Notice of Court Certification of Collective Action, as
28   modified, filed March 7, 2013, (dkt. 45), Ex. 1 (English) and Ex. 2 (Arabic), is
     approved. Plaintiffs are authorized to send the Notice to all members of the certified
     collective class.

3.     Defendants shall provide to Plaintiffs within ten (10) days the names and contact information of all members of this class.

Dated: June 12, 2013

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28