**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 14. 2013**  Time: 3 minutes

**C-12-00355** CRB

**SHADI AL LAHHAM** v. **SERRA MEDICAL TRANSPORTATION**

Attorneys:  Richard Hoyer  Leila Norvid

Deputy Clerk: **BARBARA ESPINOZA**  Reporter: **Not Reported**

**PROCEEDINGS:**  **RULING:**

1. Case Management Conference

2.

3.

**ORDERED AFTER HEARING:**

Trial schedule set. Parties to return to Magistrate Judge Jacqueline Scott Corley for further settlement conference

( ) ORDER TO BE PREPARED BY:  Plntf _____ Deft _____ Court _____
( ) Referred to Magistrate Judge for:
(X) CASE CONTINUED TO September 6, 2013 @ 8:30 a.m.  for Status Conference

Discovery Cut-Off _____  Expert Discovery Cut-Off _____
Plntf to Name Experts by _____  Deft to Name Experts by _____
P/T Conference Date _____  Trial Date February 18, 2014 @ 9:00 a.m.  Set for ____ days
 Type of Trial: ( )Jury   ( )Court

Notes: