# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME:** Shadi Lahham, et al. v Serra Medical Transportation Co., Inc., et al.

**CASE NO.** C12-0355 CRB (JSC)

**COURTROOM DEPUTY**: Ada Means

**DATE**: September 10, 2013     **TIME:** 50 minutes     **COURT REPORTER**: Not Reported

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Ryan Hicks | Leila Narvid |

## PROCEEDINGS

[X]  TELEPHONIC SETTLEMENT CONFERENCE

[ ]  FURTHER SETTLEMENT CONFERENCE

[ ]  DISCOVERY CONFERENCE

[ ]  STATUS CONFERENCE RE:

[ ]  TELEPHONIC CONFERENCE

[ ]   OTHER:

CASE CONTINUED TO:_____ FOR_____

NOTES:

Settlement conference held regarding discovery dispute. Parties to contact Judge Corley if discovery dispute is not resolved.

cc:

*T=Telephonic Appearance